Writ refused. There is no error of law in the judgment complained of.

207 So.2d 538

**Joseph Walter GAYLE et al. and Magee Martin et al.**

**v.**

**DEPARTMENT OF HIGHWAYS et al.**

**No. 49100.**

March 8, 1968.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.